**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emmett Redmond, | No. CV05-1733-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, | |
| Defendant. | |

Plaintiff filed his Civil Rights Complaint on June 8, 2005. On November 3, 2005, this Court issued its screening order. This order advised Plaintiff that "At all times during the pendency of this action, Plaintiff shall immediately advise the court and the United States Marshal of any change of address and its effective date." On January 25, 2006, the Court issued an Order Show to Cause because Plaintiff had not completed service on the Defendant. Plaintiff was given until February 15, 2006, to respond to the Court's Order to Show Cause why this action should not be dismissed. This order was returned by the Post Office with the notation "Released." On March 6, 2006, the Court issued another Order to Show Cause and gave Plaintiff until March 22, 2006, to respond to the Order to Show Cause why this case should not be dismissed. This order was also returned by the Post Office with the notation "Released." On March 20, 2006, the Magistrate Judge filed her Report and

1  Recommendation recommending that this case be dismissed for Plaintiff's failure to prosecute.

2      The Court finds itself in agreement with the Report and Recommendation of the
3  Magistrate Judge .

4      IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
5  as the order of this Court.

6      IT IS FURTHER ORDERED dismissing this case without prejudice.

7      IT IS FURTHER ORDERED directing the Clerk to enter judgment.

    DATED this 25th day of April, 2006.

_____
Susan R. Bolton
United States District Judge